FILED
 2019 Oct-21 PM 01:27
U.S. DISTRICT COURT
    N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| VICTOR VINCENT D'OTTAVIO,<br><br>    Plaintiff,<br><br>v.<br><br>INTERSTATE SERVICE PROVIDER, LLC, and MATTHEW SCOTT BAKER,<br><br>    Defendants. | 7:19-cv-01694-LSC |

## ORDER

This Court is concerned that it lacks subject matter jurisdiction over this action because the citizenship of Defendant Interstate Service Provider, LLC ("Interstate"), is not apparent from Plaintiff's complaint; therefore, it is also not apparent whether the parties are completely diverse from one another. For purposes of diversity jurisdiction, an LLC has the same citizenship as its members. *See Carden v. Arkoma Assocs.*, 494 U.S. 185, 195 (1990); *Rolling Greens MHP, LP v. Comcast SCH Holdings LLC*, 374 F.3d 1020, 1022 (11th Cir. 2004) (per curiam). The Plaintiff's complaint is silent as to the citizenship of Interstate's members.

Accordingly, Plaintiff has ten (10) days from the date of this Order to amend the complaint to sufficiently establish the citizenship of Interstate and, further, that

the parties are completely diverse from one another.  If Plaintiff fails to do so, this case will be dismissed for lack of subject matter jurisdiction.

**DONE** and **ORDERED** on October 21, 2019.

_____
L. Scott Coogler
United States District Judge

199335