# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| VICTOR VINCENT D'OTTAVIO, ) | |
| Plaintiff, ) | |
| v. ) | 7:19-cv-01694-LSC |
| INDEPENDENT SERVICE PROVIDER, LLC, and MATTHEW SCOTT BAKER, ) | |
| Defendants. ) | |

## ORDER

Before the Court is the Plaintiff's Unopposed Motion for Leave to File Amended Complaint. (Doc. 32.) The motion (doc. 32) is GRANTED. Plaintiff is directed to file his Third Amended Complaint as a separate docket entry.

**DONE** and **ORDERED** on June 10, 2020.

_____
L. Scott Coogler
United States District Judge

199335